THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jeremy
 Leaphart, Appellant.
 
 
 
 
 

Appeal From Lexington County
Robin B. Stilwell, Circuit Court Judge

Unpublished Opinion No. 2011-UP-256
Submitted May 1, 2011  Filed June 1, 2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Jeremy Leaphart appeals his sentences, arguing they are
 disproportionate to his crimes.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., KONDUROS, J.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.